PER CURIAM.

(No. 6853 )

MARION P. LINDSAY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed December 8, 1972.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,

153

Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6882

LEXINGTON HOUSE, INC., A Delaware Corporation, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 8, 1972.*

PER CURIAM.